**FILED**

08/11/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0611

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0611

_____

TERRY WALLACE,

     Plaintiff and Appellant,

  v.

                                   O R D E R

LAW OFFICE OF BRUCE SPENCER, PLLC,
LPH, INC, a Montana Corporation, GEISZLER
STEELE, PC, and John Does 1-5,

     Defendants and Appellees.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to Terry Wallace, to all counsel of record, and to the Honorable Mike Menahan, District Judge.

                               For the Court,

                               Electronically signed by:
                               Mike McGrath
                  Chief Justice, Montana Supreme Court
                               August 11 2021